# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, | ) ) ) | |
| | ) | C.A. No. |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation, | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Banc One Building Corporation ("Banc One") through its attorneys hereby removes this action from the Superior Court of New Castle County, Delaware, to this Court. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) in that it is filed within thirty days after the receipt by Banc One through service or otherwise of a copy of the Complaint. The grounds for removal are as follows:

1.    Plaintiff Creedon Controls, Inc. commenced this action by filing a complaint in the Superior Court of New Castle County, Delaware on or about June 9, 2006. The action is now pending in that court, Civil Action No.06C-06-111-1-CV (MJB).

2.    Plaintiff faxed a copy of the Complaint to counsel for Banc One on June 29, 2006. Service of the Complaint on BOBC was completed on July 18, 2006.

3.    Plaintiff is a citizen of the State of Delaware and has its principal place of business in Delaware. Banc One is incorporated in Illinois and has its principal place of business in Illinois. Forest Electric Corporation, is incorporated in New York and has its principal place of business in New York.

4.    The matter in controversy exceeds $75,000, exclusive of costs and interest.

5.    Under 28 U.S.C. § 1332(a), "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between . . . citizens of different States."

6.    Under 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."

7.    Banc One thus seeks removal of this action pursuant to 28 U.S.C. § 1441 on the ground that the above-captioned matter is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332.

8.    In accordance with 28 U.S.C. § 1446(b), a copy of all process, pleadings and orders served upon Banc One is filed with this notice as Exhibit A.

9.    Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this notice of removal will be given to counsel for Plaintiff and a copy of the Notice of Removal will be filed with the Prothonotary of the Superior Court of New Castle County, Delaware.

10.    This matter is related to and arises out of the same case or controversy as *Creedon Controls, Inc. v. Banc One Building Corporation, an Illinois corporation and*

*Forest Electric Corporation, a New York Corporation*, CA. No. 05-CV-300-JJF,

currently pending in this Court before Judge Joseph J. Farnan, Jr.

WHEREFORE, Defendant Banc One respectfully requests that this case be

removed from the Superior Court of Delaware to this Court, and proceed in this Court as

an action properly removed thereto.

Dated:  July 26, 2006

**ASHBY & GEDDES, P.A.**

By: _____

Philip Trainer, Jr. (I.D. #2788)
Ricardo Palacio (I.D. #3765)
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302)-654-1888

Of Counsel:

**PAUL, HASTINGS, JANOFSKY
& WALKER, LLP**

75 East 55th Street
New York, New York 10022
212-318-6000

Attorneys for Defendant Banc One Building
Corporation

171578.1

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, | ) ) ) | |
| | ) | C.A. No. |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation, | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

## COPIES OF ALL PROCESS, PLEADINGS AND ORDERS IN STATE COURT

Attached hereto, and made a part hereof, is a copy of the Summons, Civil Case

Information Statement, Complaint, and Sheriff's Return received by Defendant Banc One

Building Corporation.  There is no other process, pleadings or orders served upon or otherwise

received by the Defendant herein to date.


Dated:  July 26, 2006

ASHBY & GEDDES, P.A.

By: _____

Philip Trainer, Jr. (I.D. #2788)
Ricardo Palacio (I.D. #3765)
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302)-654-1888

Of Counsel:

**PAUL, HASTINGS, JANOFSKY & WALKER, LLP**

75 East 55th Street
New York, New York 10022
212-318-6000

Attorneys for Defendant Banc One Building
Corporation

171580.1





Robert K. Beste, Jr.
**Attorney At Law**

COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC

Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801
T: 302.425.5089 I F: 302.425.5097
rbeste@cohenseglias.com
www.cohenseglias.com

July 18, 2006

**BY REGISTERED MAIL,**
**RETURN RECEIPT REQUESTED**
Banc One Building Corporation
1 Banc One Plaza
Mail Code IL1-0505
Chicago, IL  60670-0503

> RE:   **Creedon Controls, Inc. v. Banc One Building Corporation, & Forest Electric**
> **Corporation -  IT Conveyance - Phase II ( C. A. No. 06C-06-111 MJB**

Dear Sir/Madam:

Please be advised that this office represents Plaintiff in the captioned action, filed in the Superior Court of the State of Delaware.

Enclosed please find a copy of the Complaint, Summons, and Sheriff's Return (on the reverse of the Summons). The Sheriff's Return shows that service of process has been made upon Banc One Building Corporation, by serving the Secretary of State of the State of Delaware, pursuant to 10 Del. C. §3104, which service is as effective, for all intents and purposes, as if made upon your corporation personally, within the State of Delaware.

Very truly yours,

ROBERT K. BESTE, JR.

RKB/msj
Enclosures
cc:     Philip Trainer, Jr., Esq. (w/ encls.)
        Paul A Bradley, Esq. (w/ encls.)
        Jodi A. Kleinick, Esq. (w/ encls.)
06894-0001

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. _06C-06-111-1-CV MJB_ |
| Plaintiff, | ) |
| | ) |
| v. | ) **ARBITRATION CASE** |
| | ) |
| Banc One Building Corporation, an Illinois corporation; and Forest Electric Corporation, a New York corporation, | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

**THE STATE OF DELAWARE,**
**TO THE SHERIFF OF NEW CASTLE COUNTY:**
**YOU ARE COMMANDED:**

To summon the above-named **Defendant FOREST ELECTRIC CORPORATION, by serving its Registered Agent,** so that, within 20 days after service hereof upon, exclusive of the day of service, Defendant shall serve upon Robert K. Beste, Jr., Esquire, Plaintiff's attorney, whose address is Cohen, Seglias, Pallas, Greenhall & Furman, P.C., 1007 Orange Street, Suite 1130, Wilmington, Delaware 19801, an Answer to the Complaint, and, if an Affidavit of Demand has been filed, an Affidavit of Defense.

To serve upon Defendant a copy of the Complaint, and the Affidavit of Demand if any has been filed by Plaintiff.

DATED:

_____
*Prothonotary*

_____
*Per Deputy*

**TO THE ABOVE-NAMED DEFENDANT:**
In case of your failure within twenty (20) days after service hereof upon you, exclusive of the day of service, to serve on Plaintiff's attorney named above, an Answer to the Complaint, and, if an Affidavit of Demand has been filed, an Affidavit of Defense, judgment by default will be rendered against you for the relief demanded in the Complaint, or in the Affidavit of Demand, if any.

DATED:

_____
*Prothonotary*

_____
*Per Deputy*

SUMMONS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. _06C-06-111 MJB_ |
| Plaintiff, | ) |
| | ) |
| v. | ) **ARBITRATION CASE** |
| | ) |
| Banc One Building Corporation, an Illinois | ) |
| corporation; and Forest Electric Corporation, a | ) RECEIVED |
| New York corporation, | ) |
| | ) JUN 26 2006 |
| Defendants. | ) 1615 |
| | Secretary of State |

**THE STATE OF DELAWARE,**
**TO THE SHERIFF OF KENT COUNTY:**
**YOU ARE COMMANDED:**

To summon the above-named **Defendant BANC ONE BUILDING CORPORATION, by serving the Secretary of State of Delaware**, so that, within 20 days after service hereof upon, exclusive of the day of service, Defendant shall serve upon Robert K. Beste, Jr., Esquire, Plaintiff's attorney, whose address is Cohen, Seglias, Pallas, Greenhall & Furman, P.C., 1007 Orange Street, Suite 1130, Wilmington, Delaware 19801, an Answer to the Complaint, and, if an Affidavit of Demand has been filed, an Affidavit of Defense.

To serve upon Defendant a copy of the Complaint, and the Affidavit of Demand if any has been filed by Plaintiff.

DATED: _6/19/06_

_Sharon Agnew_
*Prothonotary*

_Per Deputy_

**TO THE ABOVE-NAMED DEFENDANT:**
In case of your failure within twenty (20) days after service hereof upon you, exclusive of the day of service, to serve on Plaintiff's attorney named above, an Answer to the Complaint, and, if an Affidavit of Demand has been filed, an Affidavit of Defense, judgment by default will be rendered against you for the relief demanded in the Complaint, or in the Affidavit of Demand, if any.

DATED:

_Sharon Agnew_
*Prothonotary*

_Per Deputy_

## STATEMENT (CIS)

JNTY: (N)   K   S                      CIVIL ACTION NO. *O 6C—06—111—1—CV MJE*

L CASE CODE: **CDBT**                  CIVIL CASE TYPE: **Debt/Breach of Contract**

(SEE REVERSE SIDE FOR CODE AND TYPE)

| | |
|---|---|
| :APTION: | NAME AND STATUS OF PARTY FILING DOCUMENT:<br>**Attorneys for Plaintiff, Creedon Controls, Inc.** |
| :reedon Controls, Inc., a Delaware corporartion, | |
| Plaintiff, | DOCUMENT TYPE (E.G., COMPLAINT; ANSWER W/ COUNTERCLAIM):<br>*Complaint* |
| /s. | NON-ARBITRATION _____ E-FILED _____<br>(CERTIFICATE OF VALUE MAY BE REQUIRED) |
| anc One Building Corporation, an Illinois<br>orporation; and Forest Electric Corporation, a<br>lew York corporation, | <u>ARBITRATION XX</u> MEDIATION __ NEUTRAL ASSESSMENT __<br><br>DEFENDANT (CIRCLE ONE) ACCEPT   REJECT |
| Defendants. | JURY DEMAND  YES   NO <u>XX</u><br><br>TRACK ASSIGNMENT REQUESTED: (CIRCLE ONE)<br><br>EXPEDITED   (STANDARD)   COMPLEX |
| :TTORNEY NAME(S):<br><br>:obert K. Beste, Jr., Esquire | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER, INCLUDING JUDGE'S INITIALS |
| :TTORNEY I.D.: *154* | |
| :IRM NAME: *COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.* | EXPLAIN THE RELATIONSHIP(S): |
| .DDRESS:<br><br>007 ORANGE STREET<br>:EMOURS BUILDING, SUITE 1130<br>VILMINGTON, DE 19801 | OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGES) |
| ELEPHONE NUMBER:<br><br>:302)425-5089 | |
| AX NUMBER:<br>:302) 425-5097 | |
| :-MAIL ADDRESS: RBESTE@COHENSEGLIAS.COM | |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

# INSTRUCTIONS

## CIVIL CASE TYPE

ease select the appropriate civil case code and case type (e.g. CODE - AADM and TYPE - Administrativ
Agency) from the list below.  Enter this information in the designated spaces on the Case Information
Statement.

**APPEALS**

AADM  -  Administrative Agency
ACCP  -  Court of Common Pleas
ACER  -  Certiorari
AFAM  -  Family Court
AIAB  -  Industrial Accident Board
APSC  -  Public Service Commission
AUIB  -  Unemployment Insurance Appeal Board

**COMPLAINTS**

CAAA  -  Auto Arb Appeal  *
CASB  -  Asbestos
CATT  -  Foreign & Domestic Attachment
CCCP  -  Transfer from CCP  *
CCHA  -  Transfer from Chancery  *
CCON  -  Condemnation
CDBT  -  Debt/Breach of Contract  *
CDEF  -  Defamation  *
CDEJ  -  Declaratory Judgment
CEJM  -  Ejectment  *
CFJG  -  Foreign Judgment  *
CINT  -  Interpleader
CLIB  -  Libel  *
CMAL  -  Malpractice  *
CACT  -  Class Action
CPIA  -  Personal Injury Auto  *
CPIN  -  Personal Injury  *
CPRD  -  Property Damage  *
CPRL  -  Products Liability  *
CRPV  -  Replevin
CSBI  -  Silicone Breast Implant
CTAX  -  Tax Appeal
CFRD  -  Fraud Enforcement
CSPD  -  Summary Proceedings Dispute

**INVOLUNTARY COMMITMENTS**

INVC  -  Involuntary Commitment

**MISCELLANEOUS**

MAAT  -  Appointment of Attorney
MAFF  -  Application for Forfeiture
MBAL  -  Bail Forfeiture
MCED  -  Cease and Desist Order
MCRO  -  Complaint Requesting Order
MCTO  -  Consent Order
MHAC  -  Habeas Corpus
MIND  -  Destruction of Indicia of Arrest
MISS  -  Issuance of Subpoena/Material Witness
MMAN  -  Mandamus
MOUT  -  Out of State Deposition
MPOS  -  Writ of Possession
MPRO  -  Writ of Prohibition
MROP  -  Petition for Return of Property
MROD  -  Road Resolution
MSAM  -  Satisfy Mortgage
MSOJ  -  Compel Satisfaction of Judgment
MTAX  -  Tax Ditches
MVAC  -  Vacate Public Road
MSEM  -  Set Aside Satisfaction of Mortgage
MSSS  -  Set Aside Sheriff=s Sale
MSEL  -  Sell Real Estate for Property Tax
MTOX  -  Hazardous Substance Cleanup
MCVP  -  Civil Penalty
MREF  -  Tax Intercept
MGAR  -  Appointment of Guardianship
MFOR  -  Intercept of Forfeited Money

**MORTGAGES**

MORT  -  Mortgage

**MECHANICS LEINS**

LIEN  -  Mechanics Lien  *

**OTHER**

OTHR  -  Specify Type

* Case types subject to Arbitration Rule 16.1

### DUTY OF THE PLAINTIFF

ch plaintiff/counsel shall complete the attached Civil Case Information Statement (CIS) and file **with** the complaint

### DUTY OF THE DEFENDANT

ch defendant/counsel shall complete the attached Civil Case Information Statement (CIS) and file **with** the answe
and/or first responsive pleading.

SUMMONS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| Creedon Controls, Inc., a Delaware corporation, | ) |
| | ) C. A. No. _06C-06-111-1-CV MJB_ |
|     Plaintiff, | ) |
| | ) |
| v. | ) **ARBITRATION CASE** |
| | ) |
| Banc One Building Corporation, an Illinois | ) |
| corporation; and Forest Electric Corporation, a | ) |
| New York corporation, | ) |
| | ) |
|     Defendants. | ) |

**THE STATE OF DELAWARE,**
**TO THE SHERIFF OF KENT COUNTY:**
**YOU ARE COMMANDED:**

To summon the above-named **Defendant BANC ONE BUILDING CORPORATION, by serving the Secretary of State of Delaware,** so that, within 20 days after service hereof upon, exclusive of the day of service, Defendant shall serve upon Robert K. Beste, Jr., Esquire, Plaintiff's attorney, whose address is Cohen, Seglias, Pallas, Greenhall & Furman, P.C., 1007 Orange Street, Suite 1130, Wilmington, Delaware 19801, an Answer to the Complaint, and, if an Affidavit of Demand has been filed, an Affidavit of Defense.

To serve upon Defendant a copy of the Complaint, and the Affidavit of Demand if any has been filed by Plaintiff.

DATED:

_____
*Prothonotary*

_____
*Per Deputy*

**TO THE ABOVE-NAMED DEFENDANT:**

In case of your failure within twenty (20) days after service hereof upon you, exclusive of the day of service, to serve on Plaintiff's attorney named above, an Answer to the Complaint, and, if an Affidavit of Demand has been filed, an Affidavit of Defense, judgment by default will be rendered against you for the relief demanded in the Complaint, or in the Affidavit of Demand, if any.

DATED:

_____
*Prothonotary*

_____
*Per Deputy*

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Creedon Controls, Inc., a Delaware corporation,  )
                                        ) C. A. No. _O6C–06–111–1–CV MJB_

      Plaintiff,  )

v.  )

      ) **ARBITRATION ACTION**

Banc One Building Corporation, an Illinois  )
corporation; and Forest Electric Corporation, a  )
New York corporation,  )

      Defendants.  )

## COMPLAINT

1.     Plaintiff, Creedon Controls, Inc. (hereinafter "CCI") is a corporation of the State

of Delaware, with its principal place of business located at 3424 Old Capitol Trail, Wilmington,

Delaware 19808.

2.     Defendant Banc One Building Corporation (hereinafter "BOBC") is a corporation

of the State of Illinois. Service of process may be made upon BOBC by serving the Secretary of

State of the State of Delaware, pursuant to 10 Del. C. §3104.

3.     Defendant Forest Electric Corporation (hereinafter "FEC") is a corporation of the

State of New York. Service of process may be made upon FEC by serving its Registered Agent,

"The Corporation Service Company," located at 2711 Centerville Road, Suite 400, Wilmington,

Delaware 19808.

### COUNT I
### (Breach of Contract – BOBC)

4.     CCI incorporates herein by reference the allegations contained in Paragraphs 1

through 3, as though set forth at length herein.

5.     CCI entered into a contract with BOBC, with respect to the matter known as

"RFP 21B IT Cable Conveyance System – Phase II."

6.    In accordance with such contract, CCI performed services and provided materials having a contract value of $1,415,790.60, of which $1,346,838.28 has been paid to CCI.

7.    BOBC owes CCI an amount of $68,952.40, under such contract.

8.    In accordance with such contract terms, CCI is entitled to reasonable attorney's fees and expenses.

9.    CCI is entitled to pre-judgment interest.

## COUNT II
### (Breach of Contract - FEC)

10.    CCI incorporates herein by reference the allegations contained in Paragraphs 1 through 9, as though set forth at length herein.

11.    In the alternative, CCI entered into a contract with FEC, with respect to the matter known as "RFP 21B IT Cable Conveyance System – Phase II."

12.    In accordance with such contract, CCI performed services and provided materials having a contract value of $1,415,790.60, of which $1,346,838.28 has been paid to CCI.

13.    FEC owes CCI an amount of $68,952.40, under such contract.

14.    In accordance with such contract terms, CCI is entitled to reasonable attorney's fees and expenses.

15.    CCI is entitled to pre-judgment interest.

## COUNT III
### (6 <u>Del. C.</u> Chapter 35 - FEC)

16.    CCI incorporates herein by reference the allegations contained in Paragraphs 1 through 15, as though set forth at length herein.

17.    Upon information and belief, FEC has received funds from BOBC, in connection with the contract between FEC and CCI, for the work performed by CCI for the RFP 21B IT Cable Conveyance System – Phase II.

18.    The agreed-upon work to be performed by CCI has been fully performed. FEC has refused appropriate payment to CCI.

19.    Although FEC has received funds from BOBC, FEC has not applied such funds or used those funds to make payments due to CCI in connection with such contract, and in violation of 6 Del. C. Chapter 35; and FEC has failed to apply monies received by it for work performed by CCI, by making payment to CCI.

20.    FEC's withholding of payment due to CCI has not been in good faith, or for reasonable cause. Therefore, in addition to other remedies claimed herein by CCI, CCI is entitled to an award of damages equal to the amount which has been determined by this Court to have been wrongfully withheld, together with attorneys' fees, arbitrator's fees, expert witness fees, and costs, pursuant to 6 Del. C. §3509(a).

## COUNT IV
### (6 Del. C. Chapter 35 – BOBC)

21.    CCI incorporates herein by reference the allegations contained in Paragraphs 1 through 20, as though set forth at length herein.

22.    The agreed-upon work to be performed by CCI has been fully performed. BOBC has refused appropriate payment to CCI.

23.    BOBC's withholding of payment due to CCI has not been in good faith, or for reasonable cause. Therefore, in addition to other remedies claimed herein by CCI, CCI is entitled to an award of damages equal to the amount that has been determined by this Court to have been

3

wrongfully withheld, together with attorneys' fees, arbitrator fees, expert witness fees, and costs, pursuant to 6 <u>Del. C.</u> §3509(a).

### COUNT V
**(Unjust Enrichment)**

24.     CCI incorporates by reference the allegations contained in Paragraphs 1 through 23, as though set forth at length herein.

25.     The fair and reasonable value of services rendered and work performed by CCI on behalf of both Defendants under the aforesaid contract, is $1,415,790.60, of which $1,346,838.28 has been paid. The balance due and owing CCI is $68,952.40.

WHEREFORE, Creedon Controls, Inc. demands judgment against both Defendants, for the contract balance of $68,952.40., together with pre-judgment and post-judgment interest, the costs of this action, an award of damages equal to the amount determined by the Court as having been wrongfully withheld, and attorneys' fees, arbitrator's fees, expert witness fees, and costs, pursuant to 6 <u>Del. C.</u> §3509.

**Cohen, Seglias, Pallas, Greenhall & Furman, P.C.**

Edward Seglias, Esq. (I. D. No. 2822)
Robert K. Beste, Jr., Esq. (I. D. No. 154)
1007 Orange Street, Nemours Bldg., Ste. 1130
Wilmington, DE 19801
(302) 425-5089
Attorneys for Plaintiff, Creedon Controls, Inc.

Date: 6/9/06

RKB/msj
06894-0001

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation, | ) ) ) | |
| | ) | C.A. No. |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation, | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

## CERTIFICATE OF SERVICE

Ricardo Palacio, hereby certifies that:

1.    I am an attorney-at-law of the State of Delaware and am a member of the firm of

Ashby & Geddes, P.A., attorneys for Defendant Banc One Building Corporation.

2.    On July 26, 2006, I caused to be delivered via hand delivery two copies of the

Notice of Filing of Notice of Removal, Notice of Removal and Copies of All

Process, Pleadings, and Orders in State Court to: (i) Robert K. Beste, Jr., Esq.,

Cohen, Seglias, Pallas, Greenhall & Furman P.C., The Nemours Building, Suite

1130, 1007 Orange Street, Wilmington, Delaware 19801, attorney for Plaintiff

Creedon Controls, Inc., and (ii) Paul Bradley, Esq., Maron & Marvel, 1201 North

Market Street, Wilmington, DE 19801, attorney for Forest Electric Corporation.

Dated:  July 26, 2006

**ASHBY & GEDDES, P.A.**

By: _____
Philip Trainer, Jr. (I.D. #2788)
Ricardo Palacio (I.D. #3765)
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302)-654-1888

Of Counsel:

**PAUL, HASTINGS, JANOFSKY
    & WALKER, LLP**

75 East 55th Street
New York, New York 10022
212-318-6000

Attorneys for Defendant Banc One Building
Corporation

171590.1

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.(a) PLAINTIFFS

CREEDON CONTROLS, INC., a Delaware Corporation

## DEFENDANTS

BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation,

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)

Robert K. Beste, Jr., Esq.
Cohen Seglias Pallas Greenhall & Furman, P.C.
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

ATTORNEYS (IF KNOWN)

Philip Trainer, Esq.
Ricardo Palacio, Esq.
Ashby & Geddes, P.A.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1   U.S. Government
        Plaintiff

☐ 2   U.S. Government
        Defendant

☐ 3   Federal Question
        (U.S. Government Not a Party)

☒ 4   Diversity
        (Indicate Citizenship of Parties
        in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from State Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT   PLACE AN "X" IN ONE BOX ONLY

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Property Liability

### TORTS

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury Med. Malpractice
☐ 365 Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt Relations
☐ 730 Labor/Mgmt Reporting & Disclosure Act
☐ 740 Other Labor Litigation
☐ 791 Empl Ret Inc Security Act

### BANKRUPTCY
☐ 422 Appeal 28
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS   Third Party 26 USC 7609

### OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 420 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of I Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

### PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
**HABEAS CORPUS:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

This action is being commenced pursuant to 28 U.S.C. Section 1441(a)

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C..P. 23 | DEMAND $ | | CHECK YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO |
|---|---|---|---|---|

| VIII.RELATED CASE(S) IF ANY | (See instructions) | JUDGE | **Hon. Joseph J. Farnan** | DOCKET NUMBER | **05-CV-300 JJF** |
|---|---|---|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 7/28/06 | |

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 0 6 – 4 5 4 _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

_7-26-06_____
(Date forms issued)

_____
(Signature of Party or their Representative)

_David  Campbell_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action