IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>        Defendants. | )<br>)<br>)<br>)  C.A. No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

To: Robert K. Beste, Jr., Esq.  
Cohen Seglias Pallas Greehall & Furman P.C.  
Nemours Building, Suite 1130  
1007 Orange Street  
Wilmington, DE 19801  

Paul Bradley, Esq.  
Maron & Marvel  
1201 N. Market Street  
Wilmington, DE 19801  

PLEASE TAKE NOTICE that a Notice of Removal of this action from the Superior Court of Delaware, New Castle County, to the United States District Court for the District of Delaware was duly filed on this 26th day of July, 2006, in the United States District Court for the District of Delaware.

Dated: July 26, 2006

ASHBY & GEDDES, P.A.

By: /s/ 
Philip Trainer, Jr. (I.D. #2788)  
Ricardo Palacio (I.D. #3765)  
222 Delaware Avenue  
17th Floor  
P.O. Box 1150  
Wilmington, Delaware 19899  
(302)-654-1888

Of Counsel:

**PAUL, HASTINGS, JANOFSKY & WALKER, LLP**

75 East 55th Street
New York, New York 10022
212-318-6000

Attorneys for Defendant Banc One Building Corporation

171582.1