IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEDON CONTROLS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>BANC ONE BUILDING CORPORATION, an Illinois corporation, and FOREST ELECTRIC CORPORATION, a New York corporation,<br><br>        Defendants. | )<br>)<br>)<br>)  C.A. No. 06-CV-00454 (JJF)<br>)<br>)  **STIPULATION OF**<br>)  <u>**VOLUNTARY DISMISSAL**</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) plaintiff Creedon Controls, Inc. hereby voluntarily dismisses the above captioned action with prejudice. Defendants Banc One Building Corporation and Forest Electric Corporation hereby agree to such dismissal with prejudice. No other parties have appeared in this action.

Dated: Wilmington, Del., Aug. 17, 2006

**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

By: _____
Edward Seglias (I.D. #2822)
Robert K. Beste, Jr. (I.D. #154)
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE 19801
(302) 425-5089

Attorneys for Plaintiff Creedon Controls, Inc.

| | |
|---|---|
| Dated: Wilmington, Del., Aug. 17th, 2006 | **ASHBY & GEDDES, P.A.**<br><br>By: _/s/_<br>Philip Trainer, Jr. (I.D. #2788)<br>Ricardo Palacio (I.D. #3765)<br>222 Delaware Avenue<br>17th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br><br>Attorneys for Defendant Banc One Building Corporation |
| Dated: Wilmington, Del., Aug. 17, 2006 | **MARON & MARVEL, P.A.**<br><br>By: _/s/_<br>Paul Bradley (I.D. #2156)<br>1201 N. Market Street<br>Suite 19801<br>Wilmington, Delaware 19899<br>(302) 425-5177<br><br>Attorneys for Defendant Forest Electric Corporation |

## CERTIFICATE OF SERVICE

  I, Ricardo Palacio, hereby certify that, on August 17, 2006, I caused a true and correct copy of the foregoing to be served upon the below listed counsel in the manner so indicated.

**Via Hand Delivery**
Paul Bradley, Esq.
Maron & Marvel
1201 North Market Street
Wilmington, DE 19899

**Via Hand Delivery**
Robert K. Beste, Jr., Esq.
Cohen Seglias Pallas Greehall & Furman P.C.
Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

Ricardo Palacio (#3765)

171930.1